# United States Court of Appeals for the Federal Circuit

---

August 5, 2014

**ERRATA**

---

Appeal No. 2013-7097

**GROVER MARTIN,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

Decided:  August 5, 2014
Precedential Opinion

---

Please make the following change:

Page 3, footnote 2, change "and it has therefore waived such an objection" to --and he has therefore waived such an objection--.